

# The Attorney General of Texas

May 30, 1981

MARK WHITE
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

1607 Main St., Suite 1400
Dallas, TX. 75201
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Chris Victor Semos, Chairman
Committee on Business & Industry
House of Representatives
P. O. Box 2910
Austin, Texas 78769

Opinion No. MW-349

Re: Constitutionality of House
Bill 995, 67th Legislature, Regular
Session, concerning the use of
county law library funds

Dear Representative Semos:

House Bill 995, as introduced in the regular session of the 67th Legislature, is styled "An Act relating to the authority to establish and maintain law libraries in the district, county, and justice courts in each county and the use of the county law library fund." Your letter states:

> I would like to request your opinion as to the constitutionality of this bill. You issued your opinion No. MW-9 dated March 1979 that the "County Law Library Fund" was a trust fund and could not be used to buy books for the judges. The above bill seeks to do this in a different manner. It has been brought to my attention that this trust fund is a State of Texas trust fund which is being administered by the Commissioners Court and the original purpose has to be followed.

Until 1977, there were a number of statutes dealing with law libraries. Several of them applied only to counties of a certain population, but article 1702h, V.T.C.S., applied to all counties in the state. In 1977, all the statutes other than article 1702h were repealed, and article 1702h was amended. Acts 1977, 65th Leg., R.S., ch. 131 at 271. It is article 1702h that House Bill 995 would again amend.

Three opinions of the attorney general have addressed article 1702h, as amended in 1977. The first of them, Attorney General Opinion H-1062 (1977), concluded that the law library fund established by article 1702h was earmarked for certain purposes by the statute and could not be used for different purposes. The second, Attorney General Opinion H-1246 (1978), determined that the statute was broad enough, when read with other laws, to allow the establishment of branch libraries and the loan of library materials to other libraries, so long as the dominant purpose of the statute was served. Finally, Attorney General Opinion MW-9 (1979) stated that fees collected pursuant to article 1702h could be used only "for county law library purposes."

In none of these opinions was it suggested that the legislature had no power to divert the fund to other uses.   All of them referred to statutory provisions, not constitutional provisions, which restricted the use of such funds, and we are aware of no constitutional provisions that would limit the power of the legislature to deal with such funds in the manner which H.B. 995, as submitted to us, would deal with them. See Gulf Insurance Co. v. James, 185 S.W.2d 966 (Tex. 1945).   Where pursuant to article 1702h, section 3, V.T.C.S., the county has heretofore accepted gifts augmenting the fund which gifts were lawfully conditioned upon a particular use thereof, the county may continue to devote the gift to those uses, but the legislature is not constitutionally barred from opening the statutory fund to additional uses, or from abolishing it altogether. Cf. V.T.C.S. art. 4335 (officers entitled to laws).

## S U M M A R Y

House Bill 995, 67th Legislature, Regular Session, if enacted, would not unconstitutionally divert a special fund.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Bruce Youngblood
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
James Allison
Jon Bible
Rick Gilpin
Jim Moellinger
Bruce Youngblood